**Appeal Ordered Withdrawn and Opinion issued March 31, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-99-00831-CR

### CHARLES CARLOS GALINDEZ, Appellant

### V.

### STATE OF TEXAS, Appellee

On Appeal from the 219th District Court
Collin County, Texas
Trial Court Cause No. 219-80080-99

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47